# United States District Court
# Central District of California
# Western Division

| | |
|---|---|
| HELEINE TCHAYOU, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF LOS ANGELES, *et al.*, <br><br> Defendants. | CV 16-06073 TJH (MRWx) <br><br> **Order to Show Cause** |

The Court has reviewed the February 27, 2017, Stipulated Protective Order [dkt # 31] and various motions and documents filed under seal pursuant to the Protective Order. The Court preliminarily finds that the Stipulated Protective Order, as used in this case, is over broad and against the public's interest. *See In re Roman Catholic Archbishop of Portland in Or.*, 661 F.3d 417, 424-426 (9th Cir. 2011).

**It is Ordered** that on February 26, 2018, when the parties appear before the Court for the final pretrial conference, the parties shall show cause, if any, as to why the Court should not vacate the February 27, 2017, Stipulated Protective Order.

Date: February 21, 2018

_____
Terry J. Hatter, Jr.
Senior United States District Judge