**MICHAEL N. FEUER,** City Attorney (SBN 111529x)
**THOMAS H. PETERS,** Chief Assistant City Attorney (SBN 163388)
**CORY M. BRENTE,** Supervising Assistant City Attorney (SBN 115453)
**CHRISTIAN R. BOJORQUEZ,** Deputy City Attorney (SBN 192872)
**MATTHEW P. MATTIS**, Deputy City Attorney (SBN 225047)
**ELIZABETH A. MITCHELL**, Deputy City Attorney (SBN 251139)
200 N. Main Street, 6th Floor, City Hall East
Los Angeles, California  90012
Tel: (213) 978-6958  Fax: (213) 978-8785
Email: elizabeth.mitchell@lacity.org

Attorneys for Defendants CITY OF LOS ANGELES, FRANCISCO MARTINEZ,
CHAND SYED, and DANIEL TORRES

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HELEINE TCHAYOU, ISAAC KEUNANG, LINE MARQUISE FOMING, and ESTATE OF CHARLY LEUNDEU KEUNANG, by and through LINE MARQUISE FOMING, as Administrator, <br><br> Plaintiffs, <br> vs. <br><br> CITY OF LOS ANGELES, CHAND SYED, FRANCISCO MARTINEZ, DANIEL TORRES, and JOSHUA VOLASGIS, <br><br> Defendants. | Case No.  CV16-06073 TJH (MRWx) <br> *Assigned to Hon. Terry J. Hatter; Courtroom 9B* <br><br><br> **NOTICE OF LODGING DEFENDANTS' [PROPOSED]** *AMENDED* **SPECIAL VERDICT FORM** <br><br><br><br> TRIAL DATE: May 1, 2018 |

///
///
///
///

1

PLEASE TAKE NOTICE Joint Defendants CITY OF LOS ANGELES, CHAND SYED, FRANCISCO MARTINEZ, DANIEL TORRES and JOSHUA VOLASGIS hereby submit their proposed Special Verdict Form.

DATED:  May 7, 2018          MICHAEL N. FEUER, City Attorney

By:    /S/ *Elizabeth A. Mitchell*

ELIZABETH A. MITCHELL, Deputy City Attorney
Attorneys for Defendants CITY OF LOS ANGELES,
FRANCISCO MARTINEZ, CHAND SYED, and
DANIEL TORRES

2

## **PHASE I**

**Question No. 1:**   Do you find the following Officers reasonably believed Charly Keunang was attempting to gain control of Officer Volasgis' firearm?

        Sergeant Chand Syed       Yes_____    No_____

        Officer Francisco Martinez    Yes_____    No_____

        Officer Daniel Torres       Yes_____    No_____

*Proceed to Question No. 2*

**Question No. 2:**   Have Plaintiffs proved that any of the following Defendants used unreasonable force against Charly Keunang?

        Sergeant Chand Syed       Yes_____    No_____

        Officer Francisco Martinez    Yes_____    No_____

        Officer Daniel Torres       Yes_____    No_____

*If you answered "Yes" to Question No. 2, answer Question No. 3 only for those Defendants for whom you answered "Yes."*

*If you answered "No" to all Defendants, skip Questions 3-5 and proceed to Question No. 6.*

**Question No. 3:**   Have Plaintiffs proved the unreasonable force was the cause of Mr. Keunang's death?

        Sergeant Chand Syed       Yes_____    No_____

        Officer Francisco Martinez    Yes_____    No_____

        Officer Daniel Torres       Yes_____    No_____

*Proceed to Question No. 4*

**Question No. 4:**   Have Plaintiffs proved any of the following Defendant Officers failed to intervene in another officers' use of unreasonable force?

    Sergeant Chand Syed           Yes_____     No_____

    Officer Francisco Martinez     Yes_____     No_____

    Officer Daniel Torres           Yes_____     No_____

*If you answered "Yes" to Question No. 4, answer Question No. 5 only as to those Defendants for whom you answered "Yes."*

*If you answered "No" to all Defendants in Question No. 4, skip Question No. 5 and answer Question No. 6.*

**Question No. 5:**   Have Plaintiffs proved that any of the following Defendant Officers' failure to intervene caused Mr. Keunang's death?

    Sergeant Chand Syed           Yes_____     No_____

    Officer Francisco Martinez     Yes_____     No_____

    Officer Daniel Torres           Yes_____     No_____

*Proceed to Question No. 6*

**Question No. 6** – Have Plaintiffs proved that the City of Los Angeles intentionally discriminated against Mr. Keunang on the basis of his qualified disability?

    Yes_____       No_____

*If you answered "Yes" to Question No. 6, answer Question No. 7*

*If you answered "No" to Question No. 6, please skip Question No. 7 and sign, date, and return the verdict form.*

4

**Question No. 7** – Have Plaintiffs proved that Mr. Keunang died as a direct result of the City of Los Angeles' discrimination?

      Yes\_\_\_\_\_         No\_\_\_\_\_

*Please date and sign below, and return this form to the Court.  Thank you.*

Dated: _____        Signed: _____

                                      JURY FOREPERSON

## **PHASE II**

**Question No. 8** – Have Plaintiffs proved any of the following Defendant Officers acted with a purpose to harm Charly Keunang that was unrelated to a legitimate law enforcement objective when they used force against him?

      Sergeant Chand Syed         Yes_____     No_____

      Officer Francisco Martinez    Yes_____     No_____

      Officer Daniel Torres        Yes_____     No_____

*If you answered "Yes" to Question No. 8, answer Question No. 9 only as to those Defendants for whom you answered "Yes."*

*If you answered "No" to all Defendants in Question No. 8, skip Question No. 9 and proceed to Question No. 10*

**Question No. 9** - Have Plaintiffs proved the Officers' actions as described in Question No. 8 caused Charly Keunang's death?

      Sergeant Chand Syed         Yes_____     No_____

      Officer Francisco Martinez    Yes_____     No_____

      Officer Daniel Torres        Yes_____     No_____

*Proceed to Question No. 10*

**Question No. 10** – Have Plaintiffs proved that the Los Angeles Police Commission and/or Charlie Beck, acting as a final policy maker, deprived decedent Mr. Keunang of his rights, or that the Los Angeles Police Commission and/or Charlie Beck ratified the officer(s)' conduct which deprived decedent Mr. Keunang of his rights?

      Yes_____        No_____

*Please proceed to Question No. 11*

6

**Question No. 11** – Have Plaintiffs proved that the Los Angeles Police Commission and/or Charlie Beck ratified the officer(s)' conduct which deprived decedent Mr. Keunang of his constitutional rights?

*If you answered "Yes" to Question Nos 10 or 11, please answer Question No. 12. If you answered "No" to Question Nos. 10 and 11, please skip Question No. 12 and answer Question No. 13*

**Question No. 12** - Have Plaintiffs proved that the actions of the Los Angeles Police Commission and/or Charlie Beck as described in Question Nos. 10 and/or 11 were the moving force that caused the ultimate injury?

Yes_____     No_____

*Please proceed to Question No. 13*

**Question No. 13**

    A) If you answered "yes" to Question Nos. 3, 5, or 9, please list the amount of damages you award to the estate of Charly Keunang for :

        a.  Compensatory (Medical/funeral costs): _____

        b.  Non-Compensatory (pain and suffering of Charly Keunang): _____

        c.  TOTAL: _____

    B) If you answered "yes" to Question No. 9,  please list the amount of damages you award to each of the following plaintiffs for the mental pain and suffering as a result of the death of Charly Keunang:

        a.  Heleine Tchayou: _____

        b.  Isaac Keunang: _____

C) Do you find any of the following officers' actions were malicious, wanton, or oppressive?

        Sergeant Chand Syed        Yes_____    No_____

        Officer Francisco Martinez    Yes_____    No_____

        Officer Daniel Torres       Yes_____    No_____

D) For any officer to which you answered "Yes" to Question 13C, what is the amount of punitive damages you award?

        Sergeant Chand Syed        _____

        Officer Francisco Martinez    _____

        Officer Daniel Torres       _____

*Please date and sign below, and return this form to the Court.  Thank you.*

Dated: _____        Signed: _____

                                     JURY FOREPERSON