# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - TRIAL

| Case No. | CV 16-6073-TJH(MRWx) | Date | MAY 4, 2018 |
|---|---|---|---|
| Title: | HELIENE TCHAYOU, ET AL., v. CITY OF LOS ANGELES, ET AL., | | |

Present: The Honorable  TERRY J. HATTER, JR., UNITED STATES DISTRICT COURT JUDGE PRESIDING

| Yolanda Skipper | Sheri Kleeger/Deborah Gackle |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Joshua Piovia-Scott/ Dan Stormer | Christian R. Bojorquez/ Matthew P. Mattis |
| Emmanuel Nsahlai /Shaleen Shanbhag | James R. Touchtone/ Elizabeth Mitchell |

___ Day Court Trial     4th (held and continued) Day Jury Trial

- [ ] The Jury is impaneled and sworn.
- [ ] Opening statements made by ___
- [X] Witnesses called, sworn and testified.   [X] Exhibits identified.   [X] Exhibits admitted.
- [X] Plaintiff(s) rest.   [X] Defendant(s) rest.
- [ ] Closing arguments made by  ___ plaintiff(s)   ___ defendant(s).   ___ Court instructs jury.
- [ ] Bailiff(s) sworn.   ___ Jury retires to deliberate.   ___ Jury resumes deliberations.
- [ ] Jury Verdict in favor of  ___ plaintiff(s) is read and filed   ___ defendant(s) is read and filed.
- [ ] Jury polled.   ___ Polling waived.
- [ ] Filed Witness & Exhibit Lists   ___ Filed jury notes.   ___ Filed jury instructions.
- [ ] Judgment by Court for ___   ___ plaintiff(s)   ___ defendant(s).
- [ ] Findings, Conclusions of Law & Judgment to be prepared by   ___ plaintiff(s)   ___ defendant(s).
- [ ] Case submitted.   Briefs to be filed by ___
- [ ] Motion to dismiss by ___ is ___ granted. ___ denied. ___ submitted.
- [ ] Motion for mistrial by ___ is ___ granted. ___ denied. ___ submitted.
- [ ] Motion for Judgment/Directed Verdict by ___ is ___ granted. ___ denied. ___ submitted.
- [ ] Settlement reached and placed on the record.
- [ ] Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
- [ ] Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
- [ ] Trial subpoenaed documents returned to subpoenaing party.
- [X] Case continued to   MAY 7, 2018 @ 8:00 A.M.   for further trial/further jury deliberation.
- [ ] Other: ___

                                                                                        4 : 14

Initials of Deputy Clerk  YS

cc: all parties of record