# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - TRIAL

| | |
|---|---|
| Case No.  **CV 16-6073-TJH(MRWx)** | Date  MAY 8, 2018 |
| Title:  **HELIENE TCHAYOU, ET AL., v. CITY OF LOS ANGELES, ET AL.,** | |

Present: The Honorable   TERRY J. HATTER, JR., UNITED STATES DISTRICT COURT JUDGE PRESIDING

| Angela Bridges | Sheri Kleeger |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Joshua Piovia-Scott/ Dan Stormer | Christian R. Bojorquez/ Matthew P. Mattis |
| Emmanuel Nsahlai /Shaleen Shanbhag | James R. Touchtone/ Elizabeth Mitchell |

_____ Day Court Trial   **6th (held and continued)** **Day Jury Trial**

_____ The Jury is impaneled and sworn.
_____ Opening statements made by _____
_____ Witnesses called, sworn and testified.   _____ Exhibits identified.   _____ Exhibits admitted.
_____ Plaintiff(s) rest.   _____ Defendant(s) rest.
_____ Closing arguments made by   _____ plaintiff(s)   _____ defendant(s).   _____ Court instructs jury.
_____ Bailiff(s) sworn.   _____ Jury retires to deliberate.   **X** Jury resumes deliberations.
_____ Jury Verdict in favor of   _____ plaintiff(s) is read and filed   _____ defendant(s) is read and filed.
_____ Jury polled.   _____ Polling waived.
_____ Filed Witness & Exhibit Lists   _____ Filed jury notes.   _____ Filed jury instructions.
_____ Judgment by Court for _____   _____ plaintiff(s)   _____ defendant(s).
_____ Findings, Conclusions of Law & Judgment to be prepared by   _____ plaintiff(s)   _____ defendant(s).
_____ Case submitted.   _____ Briefs to be filed by _____
_____ Motion to dismiss by _____ is _____ granted.   _____ denied.   _____ submitted.
_____ Motion for mistrial by _____ is _____ granted.   _____ denied.   _____ submitted.
_____ Motion for Judgment/Directed Verdict by _____ is _____ granted.   _____ denied.   _____ submitted.
_____ Settlement reached and placed on the record.
_____ Clerk reviewed admitted exhibits with counsel to be submitted to the Jury/Court for deliberation/findings.
_____ Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.
_____ Trial subpoenaed documents returned to subpoenaing party.
**X** Case continued to   MAY 9, 2018 @ 9:00 A.M.   for further trial/further jury deliberation.
**X** Other:   Jury Notes 3, 4, 5, 6 and 7 received from the jurors and discussed with counsel.

                                                                                            1 : 44

Initials of Deputy Clerk   YS

cc:  all parties of record