UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - TRIAL

| | |
|---|---|
| Case No. | CV 16-6073-TJH(MRWx) |
| Title: | HELIENE TCHAYOU, ET AL., v. CITY OF LOS ANGELES, ET AL., |
| Date | MAY 10, 2018 |

Present: The Honorable   TERRY J. HATTER, JR., UNITED STATES DISTRICT COURT JUDGE PRESIDING

| Yolanda Skipper | Sheri Kleeger/Deborah Gackle |
|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder, Tape No.* |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendants: |
|---|---|
| Joshua Piovia-Scott/ Dan Stormer | Christian R. Bojorquez/ Matthew P. Mattis |
| Emmanuel Nsahlai /Shaleen Shanbhag | James R. Touchtone/ Elizabeth Mitchell |

____ Day Court Trial      **8th (held and CONCLUDED)** Day Jury Trial

| | | |
|---|---|---|
| ____ Bailiff(s) sworn. | ____ Jury retires to deliberate. | **X** Jury resumes deliberations. |
| ____ Jury Verdict in favor of | ____ plaintiff(s) is read and filed | ____ defendant(s) is read and filed. |
| ____ Jury polled. | ____ Polling waived. | |
| ____ Judgment by Court for _____ | ____ plaintiff(s) | ____ defendant(s). |
| ____ Findings, Conclusions of Law & Judgment to be prepared by | ____ plaintiff(s) | ____ defendant(s). |
| ____ Case submitted.    ____ Briefs to be filed by _____ | | |
| ____ Motion to dismiss by _____ is ____ granted. ____ denied. ____ submitted. | | |
| ____ Motion for mistrial by _____ is ____ granted. ____ denied. ____ submitted. | | |
| ____ Motion for Judgment/Directed Verdict by _____ is ____ granted. ____ denied. ____ submitted. | | |

**X** Settlement reached and placed on the record.

**X** Counsel stipulate to the return of exhibits upon the conclusion of trial. Exhibit Release Form prepared and filed.

**X** Other: Court thanks the jurors. Settlement reached as stated on the record pending approval by the City Council in about 8-10 weeks.

_____ : 26

Initials of Deputy Clerk   YS

cc: all parties of record