UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Today's Date: 5/7/18

Time: 3:15 pM

| | |
|---|---|
| HELEINE TCHAYOU, ET AL., | ) |
| Plaintiff, | ) Case No. **CV 16-6073-TJH(MRWx)** |
| -v- | ) |
| CITY OF LOS ANGELES, ET AL., | ) |
| Defendants. | ) |

*REDACTED AS TO FOREPERSON SIGNATURE*

JURY NOTE NUMBER # 1

____ THE JURY HAS REACHED AN UNANIMOUS VERDICT

____ THE JURY REQUESTS THE FOLLOWING:

Foreman: Lynn Iodice

Deliberate until 6pm tonight
Start 9:30am tomorrow

SIGNED: /s/

FOREPERSON OF THE JURY