UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Today's Date: 5/7/18

Time: 4:38 PM

HELEINE TCHAYOU, ET AL.,

   Plaintiff,

-v-

CITY OF LOS ANGELES, ET AL.,

   Defendants.

Case No. **CV 16-6073-TJH(MRWx)**

REDACTED AS TO FOREPERSON SIGNATURE

JURY NOTE NUMBER #2

___  THE JURY HAS REACHED AN UNANIMOUS VERDICT

✓  THE JURY REQUESTS THE FOLLOWING:

We would like to see the gun with the holster.

SIGNED: /s/

FOREPERSON OF THE JURY