UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Today's Date: 5/8/18

Time: 10:07

HELEINE TCHAYOU, ET AL., )
)
        Plaintiff, )
)
-v- )
)
CITY OF LOS ANGELES, ET AL., )
)
        Defendants. )

Case No. CV 16-6073-TJH(MRWx)

REDACTED AS TO FOREPERSON SIGNATURE

JURY NOTE NUMBER #3

___ THE JURY HAS REACHED AN UNANIMOUS VERDICT

✓ THE JURY REQUESTS THE FOLLOWING:

We would like to see the gun with flashlight + holster

The flashlight is not in evidence, however you may have a readback of the contents of the flashlight and holster if you desire.

Thank you,
Judge Hatter

SIGNED /s/

FOREPERSON OF THE JURY

No need on flashlight readback at this time. Would like to see gun since we didn't finish yesterday awaiting flashlight. Thank you