UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Today's Date: 5/8/18

Time: 11:20aM

HELEINE TCHAYOU, ET AL.,

    Plaintiff,

-v-

CITY OF LOS ANGELES, ET AL.,

    Defendants.

Case No. **CV 16-6073-TJH(MRWx)**

REDACTED AS TO FOREPERSON SIGNATURE

JURY NOTE NUMBER # 4

____ THE JURY HAS REACHED AN UNANIMOUS VERDICT

✓ THE JURY REQUESTS THE FOLLOWING:

Can we get a 2nd white board?

Of Course!
/TJH/jr

SIGNED: /s/

FOREPERSON OF THE JURY