UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Today's Date: 5/8/18

Time: 4:10

HELEINE TCHAYOU, ET AL.,

    Plaintiff,

-v-

CITY OF LOS ANGELES, ET AL.,

    Defendants.

Case No. <u>CV 16-6073-TJH(MRWx)</u>

**REDACTED AS TO FOREPERSON SIGNATURE**

JURY NOTE NUMBER #5

    ☐ THE JURY HAS REACHED AN UNANIMOUS VERDICT

    ✓ THE JURY REQUESTS THE FOLLOWING:

We will end deliberations at 6pm tonight.
We will begin deliberations at 9:45am Wednesday
Thank you.

SIGNED: /S/

FOREPERSON OF THE JURY