# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

Today's Date: 5/8/18

Time: 5:45pm

HELEINE TCHAYOU, ET AL.,

Plaintiff,

-v-

CITY OF LOS ANGELES, ET AL.,

Defendants.

Case No. <u>CV 16-6073-TJH(MRWx)</u>

*REDACTED AS TO FOREPERSON SIGNATURE*

### JURY NOTE NUMBER  # 6

_____ THE JURY HAS REACHED AN UNANIMOUS VERDICT

✓ THE JURY REQUESTS THE FOLLOWING:

Can we have the deposition & testimony of officer Martinez for tomorrow morning please.

We will have it for you. Thank you.

Judge Hatter            Thank you 6

SIGNED: /s/ _____

FOREPERSON OF THE JURY