UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Today's Date: 5/8/18

Time: 5:51p

HELEINE TCHAYOU, ET AL.,

   Plaintiff,

-v-

CITY OF LOS ANGELES, ET AL.,

   Defendants.

Case No. <u>CV 16-6073-TJH(MRWx)</u>

**REDACTED AS TO FOREPERSON SIGNATURE**

JURY NOTE NUMBER #7

✓ THE JURY HAS REACHED AN UNANIMOUS VERDICT

✓ THE JURY REQUESTS THE FOLLOWING:

We also would like to see the deposition & testimonies of Sgt Syed & Ofc Velasquis

Thank you

SIGNED: /s/

FOREPERSON OF THE JURY