# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

Today's Date: 5/9/18

Time: 5:55 PM

HELEINE TCHAYOU, ET AL.,

Plaintiff,

-v-

CITY OF LOS ANGELES, ET AL.,

Defendants.

Case No. CV 16-6073-TJH(MRWx)

*REDACTED AS TO FOREPERSON SIGNATURE*

## JURY NOTE NUMBER   # 9

____ THE JURY HAS REACHED AN UNANIMOUS VERDICT

✓ THE JURY REQUESTS THE FOLLOWING:

We are unanimous on 8 out of the 9 verdicts. How does the # 1 deadlocked verdict impact the 8 verdicts? Thank you!

Will you tell me which number question is deadlocked without telling me the actual answers of the deadlock? Thank you, Judge Hatter

SIGNED: /S/

FOREPERSON OF THE JURY