UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Today's Date: 5/9/18

Time: 6:30

HELEINE TCHAYOU, ET AL.,

Plaintiff,

-v-

CITY OF LOS ANGELES, ET AL.,

Defendants.

Case No. **CV 16-6073-TJH(MRWx)**

*REDACTED AS TO FOREPERSON SIGNATURE*

JURY NOTE NUMBER # 10

___ THE JURY HAS REACHED AN UNANIMOUS VERDICT

✓ THE JURY REQUESTS THE FOLLOWING:

We are deadlocked on question #1

SIGNED: /S/

FOREPERSON OF THE JURY