UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

Today's Date: 5/10/18

Time: 11:00 am

HELEINE TCHAYOU, ET AL.,

        Plaintiff,

-v-

CITY OF LOS ANGELES, ET AL.,

        Defendants.

Case No. **CV 16-6073-TJH(MRWx)**

*REDACTED AS TO FOREPERSON SIGNATURE*

JURY NOTE NUMBER # 11

✓ THE JURY HAS REACHED AN UNANIMOUS VERDICT

THE JURY REQUESTS THE FOLLOWING:

We have a unanimous verdict on all 9 questions.

SIGNED: /S/

FOREPERSON OF THE JURY