FILED
CLERK, U.S. DISTRICT COURT
MAY 10 2018
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# United States District Court
# Central District of California
# Western Division

| | |
|---|---|
| HELEINE TCHAYOU, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF LOS ANGELES, *et al.*, <br><br> Defendants. | CV 16-06073 TJH (MRWx) <br><br> **Verdict** <br> ***REDACTED AS TO FOREPERSON SIGNATURE*** |

We, the jury, unanimously find, by a preponderance of the evidence, the following:

**Question 1**

Did Defendant Chand Syed deprive Charly Keunang of his Fourth Amendment rights by using an objectively unreasonable amount of force against him?

Yes _____     No __✓____

**Question 2**

Did Defendant Franscico Martinez deprive Charly Keunang of his Fourth Amendment rights by using an objectively unreasonable amount of force against him?

Yes ✓    No ____

**Question 3**

Did Defendant Daniel Torres deprived Charly Keunang of his Fourth Amendment rights by using an objectively unreasonable amount of force against him?

Yes ____    No ✓

If the answers to Questions 1, 2, and 3 are "no," go to Question 7. Otherwise, continue to Question 4.

**Question 4**

Did Defendant Chand Syed breach his duty to intervene when another officer used an objectively unreasonable amount of force against Charly Keunang, in violation of his Fourth Amendment rights?

Yes ✓    No ____

/ / / /

/ / / /

/ / / /

**Question 5**

Did Defendant Francisco Martinez breach his duty to intervene when another officer used an objectively unreasonable amount of force against Charly Keunang, in violation of his Fourth Amendment rights?

Yes _____   No ✓_____

**Question 6**

Did Defendant Daniel Torres breach his duty to intervene when another officer used an objectively unreasonable amount of force against Charly Keunang, in violation of his Fourth Amendment rights?

Yes _____   No ✓_____

**Question 7**

Did Defendant City of Los Angeles, through the actions of Defendant Chand Syed, discriminate against Charly Keunang in violation of the Americans with Disabilities Act and/or Section 504 of the Rehabilitation Act?

Yes _____   No ✓_____

**Question 8**

Did Defendant City of Los Angeles, through the actions of Defendant Francisco Martinez, discriminate against Charly Keunang in violation of the Americans with Disabilities Act and/or Section 504 of the Rehabilitation Act?

Yes _____   No ✓_____

**Question 9**

Did Defendant City of Los Angeles, through the actions of Defendant Daniel Torres, discriminate against Charly Keunang in violation of the Americans with Disabilities Act and/or Section 504 of the Rehabilitation Act?

Yes _____   No ___✓___

Date: 5/10/18                    /s/ _____
                                  Jury Foreperson