**MICHAEL N. FEUER,** City Attorney (SBN 111529x)
**THOMAS H. PETERS,** Chief Assistant City Attorney (SBN 163388)
**CORY M. BRENTE,** Senior Assistant City Attorney (SBN 115453)
**CHRISTIAN R. BOJORQUEZ,** Deputy City Attorney (SBN 192872)
200 N. Main Street, 6th Floor, City Hall East
Los Angeles, California 90012
Tel: (213) 978-7023 Fax: (213) 978-8785
Email: christian.bojorquez@lacity.org

Attorneys for Defendants CITY OF LOS ANGELES, FRANCISCO MARTINEZ, CHAND SYED, and DANIEL TORRES

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HELEINE TCHAYOU, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF LOS ANGELES, et al., <br><br> Defendants. | Case No. CV16-06073 TJH (MRWx) <br> *Assigned to Hon. Terry J. Hatter; Courtroom 9B* <br><br> **JOINT STATUS REPORT RE SETTLEMENT** |

**TO THE HONORABLE COURT:**

Defendants CITY OF LOS ANGELES, FRANCISCO MARTINEZ, CHAND SYED, DANIEL TORRES, and JOSHUA VOLASGIS, and Plaintiffs HELEINE TCHAYOU, ISAAC KEUNANG, LINE MARQUISE FOMING, and ESTATE OF CHARLY LEUNDEU KEUNANG, by and through LINE MARQUISE FOMING, as Administrator, hereby provide the following status report.

The parties have settled this lawsuit, subject to the approval by the Los Angeles City Council. Due to City budget discussions in June for the next fiscal year, and

1

summer recess in July, there have been no open sessions available to hear this item for approval.

Currently, this case has been placed on the City of Los Angeles' agenda as follows:

1. Claims Board – July 30, 2018
2. Budget & Finance – August 6, 2018
3. City Council – August 7, 2018

Once the City Council approves the settlement, the Mayor has 14 days to approve the settlement, at which time the City Controller will be directed to issue the settlement draft. Defendants anticipate the settlement draft to be issued at the earliest, end of August, and no later than early September.

Dated: July 23, 2018        MICHAEL N. FEUER, City Attorney
                            THOMAS H. PETERS, Chief Assistant City Attorney
                            CORY M. BRENTE, Senior Assistant City Attorney

                            By:    /S/ *Christian R. Bojorquez*
                            CHRISTIAN R. BOJORQUEZ, Deputy City Attorney
                            Attorneys for Defendants CITY OF LOS ANGELES, et al.

Dated: July 23, 2018        HADSELL STORMER & RENICK LLP

                            By:    /S/ Dan Stormer, Esq.
                                DAN STORMER, ESQ.
                                JOSHUA PIOVIA-SCOTT, ESQ.
                                SHALEEN SHANBHAG, ESQ.
                            Attorneys for Plaintiffs HELEINE TCHAYOU, et al.

Dated: July 23, 2018        JONES & MAYER

                            By:    /S/ James R. Touchstone, Esq.
                                JAMES R. TOUCHSTONE, ESQ.
                                DENISE L. ROCAWICH, ESQ.
                            Attorney for Defendant JOSHUA VOLASGIS