1  Barbara Enloe Hadsell, Esq. [S.B. #086021]
   Dan Stormer, Esq. [S.B. # 101967]
2  Brian Olney, Esq. [S.B. #298089]
3  Shaleen Shanbhag, Esq. [S.B. #301047]
   HADSELL STORMER & RENICK LLP
4  128 N. Fair Oaks Avenue
   Pasadena, California 91103
5  Telephone: (626) 585-9600
   Facsimile: (626) 577-7079
6  Emails: bhadsell@hadsellstormer.com
7          dstormer@hadsellstormer.com
           bolney@hadsellstormer.com
8          sshanbhag@hadsellstormer.com

9  Joshua Piovia-Scott, Esq. [S.B. #222364]
   HADSELL STORMER & RENICK LLP
10 4300 Horton Street, #15
11 Emeryville, CA 94608
   Telephone: (415) 685-3591
12 Facsimile: (626) 577-7079
   Email: jps@hadsellstormer.com
13
14 Attorneys for Plaintiffs

15 [Additional counsel cont. on next page]

16

17                    **UNITED STATES DISTRICT COURT**
18                    **CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 19  HELEINE TCHAYOU, ISAAC KEUNANG, LINE MARQUISE FOMING, 20  and ESTATE OF CHARLY LEUNDEU KEUNANG, by and through LINE 21  MARQUISE FOMING, as Administrator, 22         Plaintiffs, 23         v. 24  CITY OF LOS ANGELES, CHAND SYED, FRANCISCO MARTINEZ, 25  DANIEL TORRES, JOSHUA VOLASGIS, 26         Defendants. | Case No.: 16-cv-06073-TJH-MRW  [Assigned to the Honorable Terry J. Hatter, Jr. – Courtroom 9B]  **JOINT STATUS REPORT RE SETTLEMENT**  Complaint filed:    August 12, 2016 Disc. Cut-Off:     September 22, 2017 Motion Cut-Off:    November 22, 2017 Trial Date:        May 1, 2018 |

27
28

JOINT STATUS REPORT RE
SETTLEMENT

[Additional counsel cont. from first page]

Marc Williams [S.B. #198913]
Reuven Cohen [S.B. #231915]
COHEN WILLIAMS WILLIAMS LLP
724 South Spring Street, 9th Floor
Los Angeles, CA 90014
Tel: (213) 232-5160
Fax: (213) 232-5167
Emails: mwilliams@cohen-williams.com
         rcohen@cohen-williams.com

Emmanuel Nsahlai [S.B. #207588]
Nsahlai Law Firm
3460 Wilshire Blvd., Suite 1220
Los Angeles, CA 90010
Telephone: (213) 674-4181
Facsimile: (213) 973-4617
Email: nsahlai.e@nsahlailawfirm.com

Attorneys for Plaintiffs

JOINT STATUS REPORT RE
SETTLEMENT

**TO THE HONORABLE COURT:**

Plaintiffs HELEINE TCHAYOU, ISAAC KEUNANG, LINE MARQUISE FOMING, and ESTATE OF CHARLY LEUNDEU KEUNANG, by and through LINE MARQUISE FOMING, as Administrator, and Defendants CITY OF LOS ANGELES, FRANCISCO MARTINEZ, CHAND SYED, DANIEL TORRES, and JOSHUA VOLASGIS, hereby provide the following status report.

The settlement in this case has been approved by the Los Angeles City Council. Defendants requested that Plaintiffs and their counsel sign a formal settlement agreement before the settlement funds are conveyed. The Parties met and conferred and agreed on the final language in the settlement agreement and Plaintiffs' counsel anticipates being able to obtain all of the required signatures on this document next week. The Parties anticipate the settlement funds being conveyed in connection with the execution of the settlement agreement and dismissal of the individual officer Defendants.

Dated: September 28, 2018

Respectfully Submitted,

HADSELL STORMER & RENICK LLP
By:  /s/- Joshua Piovia-Scott
    Joshua Piovia-Scott
    Attorneys for Plaintiffs

Dated: September 28, 2018

LOS ANGELES CITY ATTORNEY

By: _____
    CHRISTIAN R. BOJORQUEZ, Deputy City Attorney
    Attorneys for Defendants CITY OF LOS ANGELES, et al.

Dated: September 28, 2018

JONES & MAYER
By:  /s/- James R. Touchstone
    JAMES R. TOUCHSTONE, ESQ.
    DENISE L. ROCAWICH, ESQ.
    Attorney for Defendant JOSHUA VOLASGIS