| | |
|---|---|
| 1 | **MICHAEL N. FEUER,** City Attorney (SBN 111529x) |
| 2 | **THOMAS H. PETERS,** Chief Assistant City Attorney (SBN 163388) |
|   | **CORY M. BRENTE,** Supervising Assistant City Attorney (SBN 115453) |
| 3 | **CHRISTIAN R. BOJORQUEZ,** Deputy City Attorney (SBN 192872) |
| 4 | 200 N. Main Street, 6th Floor, City Hall East |
|   | Los Angeles, California  90012 |
| 5 | Tel:  (213) 978-7023   Fax:  (213) 978-8785 |
| 6 | Email: Christian.bojorquez@lacity.org |
| 7 | Attorneys for Defendants CITY OF LOS ANGELES, FRANCISCO MARTINEZ, |
| 8 | CHAND SYED, and DANIEL TORRES |

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HELEINE TCHAYOU, ISAAC KEUNANG, LINE MARQUISE FOMING, and ESTATE OF CHARLY LEUNDEU KEUNANG, by and through LINE MARQUISE FOMING, as Administrator, <br><br>   Plaintiffs, <br><br> vs. <br><br> CITY OF LOS ANGELES, CHAND SYED, FRANCISCO MARTINEZ, DANIEL TORRES, and JOSHUA VOLASGIS, <br><br>   Defendants. | Case No.  CV16-06073 TJH (MRWx) <br> *Assigned to Hon. Terry J. Hatter; Courtroom 9B* <br><br> **STIPULATION FOR AN ORDER OF DISMISSAL OF DEFENDANTS CHAND SYED, FRANCISCO MARTINEZ, DANIEL TORRES, AND JOSHUA VOLASGIS** |

TO THE HONORABLE COURT:

Plaintiffs HELEINE TCHAYOU, ISAAC KEUNANG, LINE MARQUISE FOMING, and ESTATE OF CHARLY LEUNDEU KEUNANG, by and through LINE MARQUISE FOMING, as Administrator, and Defendants CITY OF LOS ANGELES,

1

1  CHAND SYED, FRANCISCO MARTINEZ, DANIEL TORRES, and JOSHUA
2  VOLASGIS, by and through their respective undersigned attorneys, hereby stipulate to
3  and request an order of dismissal of all causes of action asserted by Plaintiffs against
4  Defendants CHAND SYED, FRANCISCO MARTINEZ, DANIEL TORRES, and
5  JOSHUA VOLASGIS with prejudice, including but not limited to all State causes of
6  action which were subject of the original State Court case, Los Angeles Superior Court
7  Case No. BC590313, and which the Court here declined to hear with the Federal claims.
8  Both sides will bear their own costs and attorney's fees.

Respectfully submitted,

Dated: October 22, 2018      HADSELL STORMER & RENICK LLP

By:    /S/ Joshua Piovia-Scott, Esq.
       DAN STORMER, ESQ.
       JOSHUA PIOVIA-SCOTT, ESQ.
       SHALEEN SHANBAG, ESQ.
Attorney for Plaintiffs HELEINE TCHAYOU, et al.

Dated:  October 22, 2018     MICHAEL N. FEUER, City Attorney

By: _____
    CHRISTIAN BOJORQUEZ, Deputy City Attorney
Attorneys for Defendants CITY OF LOS ANGELES,
CHAND SYED, FRANCISCO MARTINEZ, DANIEL
TORRES

Dated: October 22, 2018      JONES & MAYER

By:    /S/ Denise Rocawich, Esq.
       JAMES TOUCHSTONE, Esq.
       DENISE ROCAWICH, ESQ.
Attorneys for Defendant JOSHUA VOLASGIS