# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HELEINE TCHAYOU, ISAAC KEUNANG, LINE MARQUISE FOMING, and ESTATE OF CHARLY LEUNDEU KEUNANG, by and through LINE MARQUISE FOMING, as Administrator,<br><br>　　　　　　　Plaintiffs,<br>vs.<br><br>CITY OF LOS ANGELES, CHAND SYED, FRANCISCO MARTINEZ, DANIEL TORRES, and JOSHUA VOLASGIS,<br><br>　　　　　　　Defendants. | Case No.  CV16-06073 TJH (MRWx)<br>*Assigned to Hon. Terry J. Hatter; Courtroom 9B*<br><br>**[PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE AS TO ALL CAUSES OF ACTIONS AGAINST DEFENDANTS CHAND SYED, FRANCISCO MARTINEZ, DANIEL TORRES, AND JOSHUA VOLASGIS** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

　　Based upon the foregoing request of Plaintiffs HELEINE TCHAYOU, ISAAC KEUNANG, LINE MARQUISE FOMING, and ESTATE OF CHARLY LEUNDEU KEUNANG, by and through LINE MARQUISE FOMING, as Administrator, and Defendants CITY OF LOS ANGELES, CHAND SYED, FRANCISCO MARTINEZ,

1

DANIEL TORRES, and JOSHUA VOLASGIS, all causes of actions against Defendants CHAND SYED, FRANCISCO MARTINEZ, DANIEL TORRES, and JOSHUA VOLASGIS, are hereby DISMISSED WITH PREJUDICE, including but not limited to all State causes of action which were subject of the original State Court case, Los Angeles Superior Court Case No. BC590313, and which the Court here declined to hear with the Federal claims.

All parties are to bear their own costs and attorney's fees.

**DATED:** _____  _____
**HONORABLE TERRY J. HATTER**
**UNITED STATES MAGISTRATE JUDGE**