1  **MICHAEL N. FEUER,** City Attorney (SBN 111529x)
2  **THOMAS H. PETERS,** Chief Assistant City Attorney (SBN 163388)
   **CORY M. BRENTE,** Supervising Assistant City Attorney (SBN 115453)
3  **CHRISTIAN R. BOJORQUEZ,** Deputy City Attorney (SBN 192872)
4  200 N. Main Street, 6th Floor, City Hall East
   Los Angeles, California  90012
5  Tel:  (213) 978-7023   Fax:  (213) 978-8785
6  Email: Christian.bojorquez@lacity.org

7  Attorneys for Defendant CITY OF LOS ANGELES

8

9              UNITED STATES DISTRICT COURT

10             CENTRAL DISTRICT OF CALIFORNIA

11

| HELEINE TCHAYOU, ISAAC KEUNANG, LINE MARQUISE FOMING, and ESTATE OF CHARLY LEUNDEU KEUNANG, by and through LINE MARQUISE FOMING, as Administrator, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF LOS ANGELES, CHAND SYED, FRANCISCO MARTINEZ, DANIEL TORRES, and JOSHUA VOLASGIS, <br><br> Defendants. | Case No.  CV16-06073 TJH (MRWx) <br> *Assigned to Hon. Terry J. Hatter; Courtroom 9B* <br><br> **STIPULATION FOR AN ORDER OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE AS TO ALL CAUSES OF ACTION AGAINST DEFENDANT CITY OF LOS ANGELES** |
|---|---|

TO THE HONORABLE COURT:

   Plaintiffs HELEINE TCHAYOU, ISAAC KEUNANG, LINE MARQUISE FOMING, and ESTATE OF CHARLY LEUNDEU KEUNANG, by and through LINE MARQUISE FOMING, as Administrator, by and through their respective undersigned attorneys, and Defendant CITY OF LOS ANGELES, by and through their respective undersigned attorneys, hereby stipulate to and request an order of dismissal of all causes

1

of action asserted by Plaintiffs HELEINE TCHAYOU, ISAAC KEUNANG, LINE MARQUISE FOMING, and ESTATE OF CHARLY LEUNDEU KEUNANG, by and through LINE MARQUISE FOMING, as Administrator against Defendant CITY OF LOS ANGELES, Plaintiffs hereby agree to DISMISS THE ENTIRE ACTION [CV16-06073 TJH] WITH PREJUDICE, including but not limited to all State causes of action which were subject of the original State Court case, Los Angeles Superior Court Case No. BC590313, and which the Court here declined to hear with the Federal claims.

    The parties waive all rights to appeal in this matter.

    All parties are to bear their own costs and attorney's fees.

    All pending dates are hereby vacated.

    The above-captioned action [CV16-06073 TJH], is hereby dismissed in its entirety, with prejudice. The Court shall retain jurisdiction for the purpose of overseeing completion of the settlement process and the enforcement of the Settlement Agreement.

Dated: October 29, 2018    HADSELL STORMER & RENICK LLP

By:    /S/ Joshua Piovia-Scott, Esq.
DAN STORMER, ESQ.
JOSHUA PIOVIA-SCOTT, ESQ.
SHALEEN SHANBAG, ESQ.
Attorney for Plaintiffs HELEINE TCHAYOU, et al.

Dated: October 29, 2018    MICHAEL N. FEUER, City Attorney

By:    /S/ Christian Bojorquez
CHRISTIAN BOJORQUEZ, Deputy City Attorney
Attorneys for Defendant CITY OF LOS ANGELES