# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HELEINE TCHAYOU, ISAAC KEUNANG, LINE MARQUISE FOMING, and ESTATE OF CHARLY LEUNDEU KEUNANG, by and through LINE MARQUISE FOMING, as Administrator,<br><br>　　　　　　　Plaintiffs,<br><br>vs.<br><br>CITY OF LOS ANGELES, CHAND SYED, FRANCISCO MARTINEZ, DANIEL TORRES, and JOSHUA VOLASGIS,<br><br>　　　　　　　Defendants. | Case No. CV16-06073 TJH (MRWx)<br>*Assigned to Hon. Terry J. Hatter; Courtroom 9B*<br><br>**ORDER OF DISMISSAL OF ENTIRE ACTION WITH PREJUDICE AS TO ALL CAUSES OF ACTIONS AGAINST DEFENDANT CITY OF LOS ANGELES    [JS-6]** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

　　Based upon the foregoing request of Plaintiffs HELEINE TCHAYOU, ISAAC KEUNANG, LINE MARQUISE FOMING, and ESTATE OF CHARLY LEUNDEU KEUNANG, by and through LINE MARQUISE FOMING, as Administrator, and Defendant CITY OF LOS ANGELES, the Plaintiffs hereby dismiss, with prejudice the

1

entire action including all causes of actions against Defendant CITY OF LOS ANGELES, including but not limited to all State causes of action which were subject of the original State Court case, Los Angeles Superior Court Case No. BC590313, and which the Court here declined to hear with the Federal claims.

The parties waive all rights to appeal in this matter.

All parties are to bear their own costs and attorney's fees.

All pending dates are hereby vacated.

The above-captioned action [CV16-06073 TJH], is hereby dismissed in its entirety, with prejudice.

**DATED:  November 14, 2018**           _____
                                        **HONORABLE TERRY J. HATTER, JR.**
                                        **UNITED STATES DISTRICT JUDGE**